IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                    No. CIV S-07-0476 FCD GGH P

    vs.

FINNEGAN, et al.,

        Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 22, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On July 24, 2007, plaintiff filed a letter which the court construes as objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 22, 2007, are adopted in full;

    2. This action is dismissed without prejudice.

DATED: August 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE